JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 387 -- IN RE CALIFORNIA ARMORED CAR ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 4/17/79 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, AND CERTIFICATE OF SERVICE -- Defendant Loomis Armored Car Service, Inc. SUGGESTED TRANSFEREE COURT: N.D. California SUGGESTED TRANSFEREE JUDGE: Judge Cecil F. Poole (cs) |
| 4/25/79 | 2 | LETTER regarding additional action in N.D.Cal. -- Loomis Armored Car Service, Inc. (cds) |
| 4/27/79 | | APPEARANCES: PATRICIA CUTLER, ESQ. FOR State of California DIANNE NAST, ESQ. FOR Lloyd Prell, et al.; JAMES WELCH, ESQ. FOR Loomis Armored Car Service, Inc.; DON HIBNER, JR., ESQ. FOR Armored Transport, Inc.; DANIEL MURDOCK, ESQ. FOR Brink's Inc. (cds) |
| 5/2/79 | 3 | RESPONSE, BRIEF, CERT. OF SVC. -- Pltfs. Lloyd Prell, et al. (ea) |
| 5/7/79 | 4 | REQUEST FOR EXTENSION OF TIME -- Loomis Armored Car -- GRANTED to and including May 11, 1979. (ea) |
| 5/11/79 | 5 | LETTER--pltfs. Peter Alioto's Hof Brau, et al. dated 5/8/79 signed by Francis O. Scarpulla, Esq. (ea) |
| 5/14/79 | 6 | REPLY BRIEF W/CERT. OF SVC.--Loomis Armored Car Svc.Inc.(ea |
| 5/16/79 | 7 | JOINDER IN MOTION--Armored Transport,Inc.w/cert.of svc.(ea) |
| 5/24/79 | | HEARING ORDER--setting (A-1 thru A-3) for hearing to be held in Boston, Mass. on 6/22/79. (ea) |
| 5/29/79 | 8 | LETTER--Loomis Armored Car Svc., Inc.w/cert. of svc. (ea) |
| 6/18/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- Brink's Incorp.; Peter Alioto's Hof Brau and Peter Alioto's Italian Specialties. (ea) |
| 6/18/79 | | HEARING APPEARANCES for hearing held 6/22/79 in Boston, Mass. -- Nancy H. Hendry, Esq. for Loomis Armored Car Svc., Inc.; Harold E. Kohn, Esq. for Lloyd Prell, Ron Goodman, John Goldrick, Sol Kest. (ea) |
| 6/20/79 | | HEARING APPEARANCE -- Richard B. Newton, Esq.for Armored Transport, Inc. (ea) |
| 8/16/79 | | CONSENT OF TRANSFEREE DISTRICT -- C.D.Calif. signed by Judge Irving Hill (cds) |
| 8/16/79 | | OPINION AND ORDER -- Transferring B-1 and B-2 to the Central District of California before the Honorable Malcolm M. Lucas under 28 U.S.C. §1407 -- Notified involved judges, clerks and counsel (cds) |
| 8/21/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-4 Alioto Fish Co. Ltd. v. Loomis, et al., N.D.Cal., C.A. No. 79-730-SW; B-5 T.E. Slanker Metals Co., Inc., etc. v. Loomis, N.D.Cal., C.A. No. 79-1856-CBR; B-6 The Fisherman Restaurant v. Loomis, et al., N.D.Cal., C.A. No. 79-1142-SAW -- Notified Inv. Judges/counsel (cs |

JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p._____

DOCKET NO. 387 -- IN RE CALIFORNIA ARMORED CAR ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 9/6/79 | | ~~Fisherman Restaurant v. Loomis, et al., N.D.Cal., C.A. No. 79-1142-SAW --~~ <br> B-4 Alioto Fish Co. Ltd. v. Loomis, et al., N.D.Cal., C.A. No. 79-730-SW; B-5 T.E. Slanker Metals Co., Inc., etc. v. Loomis, N.D.Cal., C.A. No. 79-1856-CBR; B-6 The Fisherman Restaurant v. Loomis, et al., N.D.Cal., C.A. No. 79-1142-SAW -- <br> CONDITIONAL TRANSFER ORDERS FINAL TODAY -- Notified Clerks and Involved Judges. (rew) |
| 80/09/24 | | ORDER REASSIGNING LITIGATION to the Hon. Irving Hill (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 387 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CALIFORNIA ARMORED CAR ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 22, 1979 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 16, 1979 | PC | 476 F Supp 452 | C.D.California | ~~Malcolm M. Lucas~~ Lucas  Irving Hill | |

Special Transferee Information

DATE CLOSED: 8/11/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 387 -- IN RE CALIFORNIA ARMORED CAR ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The State of California, et al. v. Loomis Armored Car Service, Inc., et al. | N.D.Cal. ~~Poole~~ /Hill/ | C 79 0529 CFP | 8/21/79 | C079-3444 | 5/10/82 D | |
| A-2 | Peter Alioto's Hof Brau, et al. v. Loomis Armored Car Service, Inc., et al. | N.D.Cal. ~~Poole~~ /Hill/ | C 79 0548 CFP | 8/21/79 | C079-3445 | 6/26/81 D | |
| A-3 | Lloyd Prell, et al. v. Armored Transport, Inc., et al. | C.D.Cal. ~~Ferguson~~ /Hill/ | 79 1174 F(Px) ✓ | | | 6/26/81 D | |
| B-4 | Alioto Fish Co. Ltd. v. Loomis Armored Car Service, Inc., et al. 8/21/79 | N.D.Cal ~~Williams~~ /Hill/ | 79-730-SW | 9/6/79 | C079-3474 | 6/26/81 D | |
| B-5 | T. E. Slanker Metals Co., Inc., etc. v. Loomis Armored Car Service, Inc. 8/21/79 | N.D.Cal Renfrew | 79-1856-CBR | 9/6/79 | C079-3473 | 8/6/80 D | |
| B-6 | The Fisherman Restaurant v. Loomis Armored Car Service, Inc., et al. 8/21/79 | N.D.Cal ~~Weigel~~ /Hill/ | 79-1142-SAW | 9/6/79 | C079-3472 | 6/26/81 D | |
| XYZ-7 | Federal Reserve Bank of S.F. v. Armored Transport, Inc., et al. | C.D. Cal. ~~Lucas~~ /Hill/ | 79-3691-MML | ——— | ——— | 8/11/82 D | |

*July 1983 - Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 387 -- IN RE CALIFORNIA ARMORED CAR ANTITRUST LITIGATION

---

THE STATE OF CALIFORNIA, ET AL. (A-1)
Patricia A. Cutler, Esq.
Deputy Attorney General
Office of the Attorney General
6000 State Building
San Francisco, California 94102

PETER ALIOTO'S HOF BRAU, ET AL. (A-2)
Francis O. Scarpulla, Esq.
Scarpulla & Garlock
601 Montgomery Street
Nineteenth Floor
San Francisco, California 94111

LLOYD PRELL, ET AL. (A-3)
Dianne M. Nast, Esq.
Kohn, Savett, Marion & Graf, P.C.
Suite 1214 IVB Building
1700 Market Street
Philadelphia, Pennsylvania 19103

ALIOTO FISH CO. LTD., ETC. (B-4)
Guido Saveri, Esquire
Saveri & Saveri
111 Sutter Street #2100
San Francisco, Calif.

T. E. SLANKER METALS CO., INC. ETC. (B-5)
N. Robert Stoll, Esquire
Stoll & Stoll
610 S.W. Alder Suite 606
Portland, Oregon 97205

John H. Boone, Esquire
Timothy E. Morgan, Esq.
Boone & Knudsen
235 Montgomery St. Suite 420
San Francisco, Cal. 94104

LOOMIS ARMORED CAR SERVICE, INC.
James Douglas Welch, Esq.
Wald, Harkrader & Ross
1300 19th Street, N.W.
Washington, D. C. 20036

ARMORED TRANSPORT, INC.
Don T. Hibner, Jr., Esq.
Sheppard, Mullin, Richter & Hampton
333 South Hope Street
48th Floor
Los Angeles, California 90071

BRINK'S, INCORPORATED
Daniel R. Murdock, Esq.
Donovan, Leisure, Newton & Irvine
30 Rockefeller Plaza
New York, New York 10016

THE FISHERMAN RESTAURANT (B-6)
Francis O. Scarpulla, Esq.
(Same as A-2)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 387 -- IN RE ARMORED CAR ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Loomis Armored Car Service, Inc. | A-1 A-3 B-4 B-5 B-6 |
| Armored Transport, Inc. | A-1 A-3 B-4 B-6 |
| Brink's Inc. | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3

p. 1